UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TRACY ADAMS, on behalf of herself and all others similarly situated,

    Plaintiff(s),

v.

SETERUS, INC.,

    Defendant(s).
_____/

Case No. 2:18-CV-12731

Judge Denise Page Hood

Magistrate Judge Elizabeth A. Stafford

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Defendant Seterus, Inc.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☑    No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: Kyanite Services, Inc.; Pixel Acquisition Corp.; and International Business Machines Corporation ("IBM")

   Relationship with Named Party: Seterus, Inc. is a wholly owned subsidiary of Kyanite Services, Inc., which is wholly owned by Pixel Acquisition Corp., which is wholly owned by International Business Machines Corporation ("IBM"). IBM is a publicly held company.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: September 27, 2018

/s/ James A. Martone

P77601
DICKINSON WRIGHT PLLC
2600 W. Big Beaver Rd., Ste. 300
Troy, MI 48084
(248) 433-7200
jmartone@dickinsonwright.com