IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

|  |  |  |
|---|---|---|
| TRACY ADAMS, on Behalf of Herself and Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SETERUS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:18-cv-12731-DPH-EAS<br><br>Hon. Denise Page Hood |

## <u>NOTICE OF PENDENCY OF RELATED ACTIONS</u>

Defendant Seterus, Inc. ("Seterus"),[1] by and through the undersigned counsel,

hereby informs the Court of the pendency of the following related or similar actions

pending in District Courts in other jurisdictions located throughout the United States:

| Case Name | Case No. | District Court | Judge | Date Filed |
|---|---|---|---|---|
| *Carrie Albers v. Seterus, Inc.* | 2:18-cv-02440-KHV-KGG | D. Kan. | Kathryn H. Vratil | Aug. 4, 2018 |
| *Nicole Barilla, et al. v. Seterus, Inc., et al.* | 2:19-cv-00047-SPC-NPM | M.D. Fla. | Sheri Polster Chappell | Jan. 25, 2019 |

---

[1] On February 28, 2019, Nationstar Mortgage, LLC ("Nationstar"), a Delaware limited liability company, acquired, and is the successor in interest to, Seterus. As of the date of the filing of this notice, Nationstar has not been identified as a named defendant in Plaintiff's Complaint.

| *Anita Fisher v. Seterus, Inc., et al.* | 0:19-cv-01382-MJD-HB | D. Minn. | Michael J. Davis | May 24, 2019 |
|---|---|---|---|---|
| *Judith Fordham et al. v. Seterus, Inc., et al.* | 18-cv-13808-BRM-LHG | D. N.J. | Brian R. Martinotti | Sept. 12, 2018 |
| *Robert Heinitz et al. v. Seterus, Inc.* | 1:18-cv-01076-LEK-ATB | N.D.N.Y. | Lawrence E. Kahn | Sept. 7, 2018 |
| *Kenneth Koepplinger et al. v. Seterus, Inc.* | 1:17-cv-00995-CCE-LPA | M.D.N.C. | Catherine C. Eagles | Nov. 2, 2017 |
| *Bridget Leak v. Seterus, Inc.* | 3:19-cv-00021-TCB-RGV | N.D. Ga. | Timothy C. Batten | March 1, 2019 |
| *Darrell Peebles v. Seterus, Inc.* | 2:19-cv-00242-JAM-KJN | E.D. Cal. | John A. Mendez | Feb. 7, 2019 |
| *Susan Savage v. Seterus, Inc., et al.* | 2:19-cv-14256-RLR | S.D. Fla. | Robin L. Rosenberg | July 25, 2019 |
| *Michael Spehr v. Seterus, Inc.* | 4:18-CV-01922-RLW | E.D. Mo. | Ronnie L. White | Nov. 13, 2018 |
| *Kay Wenger v. Seterus, Inc.* | 4:18-CV-02393-MWB | M.D. Pa. | Matthew W. Brann | Dec. 18, 2018 |
| *Patricia Williams v. Seterus, Inc., et al.* | 2:19-cv-00693-ACA | N.D. Ala. | Annemarie C. Axon | May, 7, 2019 |

This 7 day of October , 2019.          Respectfully Submitted,

DICKINSON WRIGHT PLLC

/s/ James A. Martone
Ari M. Charlip (P57285)
James A. Martone (P77601)
2600 W. Big Beaver Rd., Suite 300
Troy, Michigan 48084
(248) 433-7200

*Attorneys for Defendant Seterus, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that on October 7, 2019, a true and accurate copy of the foregoing Notice of Pendency of Related Actions was filed electronically with the Court.  Notice of this filing will be sent by operation of the Court's electronic filing system to all ECF registered parties.  Parties may access this filing through the Court's CM/ECF system.

<u>/s/ James A. Martone</u>