# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| TRACY ADAMS, on Behalf of Herself and Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SETERUS, INC. and NATIONSTAR MORTGAGE, LLC,<br><br>Defendants. | No.: 2:18-CV-12731<br>Hon. Denise Page Hood |

## ORDER ADDING DEFENDANT

The Court, having reviewed the Joint Stipulation for Joinder of Nationstar Mortgage LLC hereby GRANTS the Parties' request, and permits Joinder of Defendant Nationstar Mortgage LLC .

**IT IS SO ORDERED** that Defendant Nationstar Mortgage LLC is a party in this matter.

Dated: June 3, 2020

                                                      s/Denise Page Hood
                                                      DENISE PAGE HOOD
                                                      United States District Judge