UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TRACY ADAMS, on Behalf of Herself and Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SETERUS, INC. and NATIONSTAR MORTGAGE, LLC,<br><br>Defendants. | Case No. 2:18-cv-12731-DPH-EAS<br><br>Hon. Denise Page Hood |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

WHEREAS, Plaintiff Tracy Adams and Defendants Seterus, Inc., and Nationstar Mortgage, LLC (together, "Seterus" or "Defendants"),[1] have resolved their dispute to the satisfaction of the parties, and intend to settle their claims on a class basis together with those other actions identified in the Notice of Pendency of Related Actions (D.E. 20) under the province of the United States District Court for the Middle District of North Carolina. The parties have agreed that plaintiff in that action shall file an Amended Complaint in *Kenneth Koepplinger et al. v. Seterus, Inc.*, Case No. 1:17-cv-00995-CCE-LPA, including Ms. Adams as a named plaintiff

---

[1] On February 28, 2019, Nationstar Mortgage, LLC, a Delaware limited liability company completed the acquisition of Seterus. Accordingly, Nationstar Mortgage, LLC is successor in interest to Seterus, and Seterus is now part of Nationstar Mortgage, LLC.

1

on her own behalf and on behalf of a Michigan subclass that encompasses Plaintiff's and the putative class members' claims for settlement purposes only. In the event that the contemplated settlement of Ms. Adams's and the Michigan subclass claims are not finally approved for any reason in the *Koepplinger* action, the parties intend to petition this Court to revive this action in its current status[2], and so request that this Court administratively close this file only, until a final approval of a settlement encompassing the claims presented in this action. The parties shall promptly notify this Court of such final approval.

IT IS THEREFORE HEREBY STIPULATED that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action be dismissed without prejudice, with the parties to bear their own costs and attorneys' fees unless otherwise agreed.

Respectfully submitted this 17th day of December, 2020.

| | |
|---|---|
| /s/ Andrew J. McGuinness | /s/ Ari M. Charlip |
| Andrew J. McGuiness, Esq. (P42074) | Ari M. Charlip (P57285) |
| ANDREW J. MCGUINNESS, ESQ. | James A. Martone (P77601) |
| 122 S. Main St., Suite 118 | DICKINSON WRIGHT PLLC |
| P.O. Box 7711 | 2600 W. Big Beaver Road, Suite 300 |
| Ann Arbor, MI 48107-7711 | Troy, MI 48084 |
| Tel.: (734) 274-9374 | Tel.: (248) 433-7200 |

---

[2] In the event the Settlement Agreement is vacated, is not approved, or the Effective Date fails to occur for any reason, then the Parties in this Action to shall be deemed to have reverted to their respective status in the Action as of November 3, 2020, and Seterus agrees to waive any statute of limitations arguments stemming from this joint dismissal without prejudice, but Seterus retains all rights regarding any defenses on the statute of limitations that it had as of November 3, 2020.

| | |
|---|---|
| drewmcg@topclasslaw.com | acharlip@dickinson-wright.com |
| | jmartone@dickinson-wright.com |
| Scott C. Harris, Esq. (*admitted*) | |
| WHITFIELD BRYSON LLP | R. Locke Beatty (*admitted*) |
| 900 W. Morgan Street | Brian A. Kahn (*admitted*) |
| Raleigh, NC 27603 | MCGUIREWOODS LLP |
| Tel.: (919) 600-5000 | 201 N. Tryon Street, Suite 3000 |
| scott@whitfieldbryson.com | Charlotte, NC 28202 |
| | Tel.: (704) 343-2000 |
| Edward H. Maginnis, Esq. (*admitted*) | lbeatty@mcguirewoods.com |
| MAGINNIS LAW PLLC | bkahn@mcguirewoods.com |
| 4801 Glenwood Avenue, Suite 310 | |
| Raleigh, NC 27612 | *Attorneys for Defendants Seterus, Inc.* |
| Tel.: (919) 526-0450 | *and Nationstar Mortgage, LLC* |
| emaginnis@maginnislaw.com | |

*Attorneys for Plaintiff Tracy Adams*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December17, 2020, I caused a true and correct a copy of the foregoing Joint Stipulation of Dismissal, with any and all attachments, to be filed electronically with the Clerk of the Court via the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record in this action:

/s/ *Andrew J. McGuinness*
Andrew J. McGuiness, Esq. (P42074)
ANDREW J. MCGUINNESS, ESQ.
122 S. Main St., Suite 118
P.O. Box 7711
Ann Arbor, MI 48107-7711
Tel.: (734) 274-9374

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TRACY ADAMS, on Behalf of Herself and Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>SETERUS, INC. and NATIONSTAR MORTGAGE, LLC,<br><br>      Defendants. | Case No. 2:18-cv-12731-DPH-EAS<br><br>Hon. Denise Page Hood |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

After reviewing the parties' joint stipulation,

IT IS HEREBY ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action be dismissed without prejudice, with the parties to bear their own costs and attorneys' fees unless otherwise agreed.

                s/DENISE PAGE HOOD
                DENISE PAGE HOOD
                Chief United States District Judge

DATED:  December 23, 2020